In the Matter of JEFFREY WILLIAMS, Appellant, v WARREN D. BARKLEY, Superintendent of Cape Vincent Correctional Facility, Respondent.

Submitted November 16, 2009; decided January 12, 2010

Reported below, 2009 NY Slip Op 85317(U); 2009 NY Slip Op 86643(U).

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.